UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, )
et. al, )
)
                                    Plaintiffs, )   Case No. 1:13-cv-00034
)
v. )
)
MAJESTIC IRON WORKS, INC., )
)
                                    Defendant. )

## ORDER AND FINAL JUDGMENT

This Court considered the Motion for Judgment by Default filed by Plaintiffs National Shopmen Pension Fund and its Trustees, Walter Wise, and Timothy O'Connell (collectively, "Plaintiffs"), and Memorandum in Support against Majestic Iron Works, Inc., ("Defendant"), any responses and replies, and concluded that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED that a DEFAULT JUDGMENT is hereby ENTERED against Defendant payable to the Fund in the total amount of $26,598.28, which is comprised of the following amounts:

    (a)    Delinquent contributions in the estimated amount of $19,000.00 for the period of January 2012 through July 2013;

    (b)    Interest on the delinquent contributions in the amount of $375.78, calculated at the Fund's rate of 3% per year, accrued as of August 31, 2013 and continuing to accrue until the date paid;

    (c)    Liquidated damages in the amount of $3,800.00, an amount that is equal to the greater of 20% of the withdrawal liability or interest on the delinquent withdrawal liability; and

(d) Plaintiffs' attorneys' fees and costs in the amount of $3,422.50.

The Court FURTHER ORDERS Defendant to pay Plaintiffs' attorneys' fees and costs incurred in executing the judgment.

The Court FURTHER ORDERS Defendant to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

This ORDER is without prejudice to any further claim Plaintiffs may have against Defendant.

This ORDER AND FINAL JUDGMENT disposes of all claims and parties in the above-captioned lawsuit and is appealable. SO ORDERED.

Dated: 9/11/13

Richard J. Leon
United States District Judge

20037275v1

2